

February 4, 2020

**<u>Via E-Filing and Hand Delivery</u>**
John A. Cerino
Clerk of Court
United States District Court
for the District of Delaware
844 N. King Street, Unit 18
Wilmington, Delaware 19801-3570

      RE:    *Monterey Research, LLC v. Marvell Technology Group Ltd.*, et al.,
              <u>Civil Action No. 20-158-UNA</u>

Dear Mr. Cerino:

      We represent Plaintiff in the above case and respectfully request your assistance with serving a foreign defendant, Defendant Marvell Technology Group Ltd., with process in accordance with Federal Rule of Civil Procedure 4(f)(2)(C)(ii), which applies to foreign corporations pursuant to Rule 4(h)(2).

      We respectfully request that you serve Marvell Technology Group Ltd. with a copy of the enclosed Complaint and Summons by mail in a manner that requires a signed receipt.  The mailing should be addressed as follows:

            Chairman, President, Officer, Managing Agent, and/or General Agent
                    Marvell Technology Group Ltd.
                        Canon's Court
                        22 Victoria Street
                        Hamilton HM 12
                        Bermuda.

      We appreciate your assistance and are available at your convenience should you have any questions.

              Respectfully,

              Rosemary J. Piergiovanni