# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONTEREY RESEARCH, LLC, | : | |
| Plaintiff, | : | |
| v. | : | C.A. 20-158-UNA |
| MARVELL TECHNOLOGY GROUP LTD., MARVELL INTERNATIONAL LTD., MARVELL ASIA PTE LTD., and MARVELL SEMICONDUCTOR, INC., | : | |
| Defendants. | : | |

## AFFIDAVIT OF ROSEMARY J. PIERGIOVANNI IN SUPPORT OF REQUEST FOR CLERK TO SERVE MARVELL TECHNOLOGY GROUP LTD.

Rosemary J. Piergiovanni, being duly sworn according to law, deposes and says as follows:

1. Farnan LLP and Desmarais LLP represent Plaintiff, Monterey Research, LLC, in the above case and have requested that the Clerk of Court serve Defendant, Marvell Technology Group Ltd., with process pursuant to Federal Rules of Civil Procedure 4(f)(2)(C)(ii) and 4(h)(2).

2. After a review of the relevant case law and the Department of State's website, www.travel.state.gov under the heading "Service of Process" for "Judicial Assistance Information" on the United Kingdom, I have concluded that an entity organized under the laws of Bermuda, a territory of the United Kingdom, may be served with process by mail.

3. The forgoing statements are true to the best of my knowledge, information, and belief and are made subject to the penalty of perjury.

Dated: February 4, 2020

_Rosemary J. Piergiovanni_
Rosemary J. Piergiovanni

County of New Castle )
State of Delaware )

SWORN AND SUBSCRIBED before me this 4th day of February, 2020.

_____
Notary Public

MICHAEL J. FARNAN
Attorney at Law - State of Delaware
Notarial Officer Pursuant to
29 Del.C. § 4323(a)(3)
My Commission Has No Expiration Date