# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Monterey Research, LLC | ) | |
| Plaintiff, | ) | |
| v. | ) | CA: 20-158 UNA |
| Marvell Technology Group Ltd. et al | ) | |
| Defendant, | ) | |

## AFFIDAVIT

    I, Leigh Kilpatrick, Deputy Clerk, being first sworn, depose and say that pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on February 4, 2020, by Registered Mail, the Summons, Complaint with Exhibits, Plaintiff's Report to the Commissioner of Patents and Trademarks, Affidavit of Rosemary Jean Piergiovanni, and Notice/Consent of Availability of a United States Magistrate Judge to Exercise Jurisdiction forms in the above referenced case to the following addresses:

    1)    Chairman, President, Officer, Managing Agent, and/or General Agent
Marvell Technology Group Ltd.
Canon's Court
22 Victoria Street
Hamilton HM 12
Bermuda

_____
Leigh Kilpatrick
Deputy Clerk

Sworn to and subscribed before me
this 4th day of February, 2020

_____
Samantha Miller
Deputy Clerk

<table>
<tr><td>John A. Cerino<br>CLERK</td><td>OFFICE OF THE CLERK<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF DELAWARE</td><td>Unit 18<br>844 North King Street<br>U.S. Courthouse<br>Wilmington, DE 19801<br>(302)573-6170<br>www.ded.uscourts.gov</td></tr>
</table>

February 4, 2020

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

**TO:**
Chairman, President, Officer, Managing Agent, and/or General Agent
Marvell Technology Group Ltd.
Canon's Court
22 Victoria Street
Hamilton HM 12
Bermuda

RE:   *Monterey Research, LLC v. Marvell Technology Group Ltd. et al.*
       Civil Action No. 20-158-UNA

     Enclosed please find copies of the Complaint, Notice of a Magistrate Judge's Availability form, Summons, and counsel's Affidavit and request to the Clerk of Court for assistance with this mailing.

     This service is made by U.S. Registered Mail, return receipt requested, pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and 4(h)(2). Pursuant to Federal Rules of Civil Procedure 12(a)(ii) you have ninety (90) days in which to file an answer to the complaint, filed with this Court and served upon the plaintiff's attorney as noted on the complaint and summons.

                                        Sincerely,

BY: _____       JOHN A. CERINO
/lak                                                           CLERK

Enclosures (as stated)

