IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Monterey Research, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>Marvell Technology Group Ltd.,<br>Marvell International Ltd.,<br>Marvell Asia Pte Ltd., and<br>Marvell Semiconductor, Inc.<br><br>               Defendants. | C.A. No. 20-cv-158-NIQA-LAS |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Monterey Research, LLC ("Monterey") and Defendants Marvell Technology Group Ltd., Marvell International Ltd., Marvell Asia Pte Ltd., and Marvell Semiconductor, Inc. ("Marvell") (collectively, "the Parties") have resolved all claims and counterclaims in this case, and have signed a written settlement agreement, dated December 30, 2020.

It is hereby stipulated by the Parties, through their attorneys of record, subject to the approval of the Court, that in connection with this case:

1. All of the parties' respective claims, defenses, and counterclaims are dismissed with prejudice;
2. Each party shall bear its own attorneys' fees, costs, and expenses;
3. The parties waive all rights of appeal; and
4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order.

Dated: February 26, 2021                              Respectfully submitted,

| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Brian E. Farnan | /s/ Jack B. Blumenfeld |
| Brian E. Farnan (Bar No. 4089) | Jack B. Blumenfeld (#1014) |
| Michel J. Farnan (Bar No. 5165) | 1201 North Market Street |
| 919 North Market St., 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| Telephone: 302-777-0300 | (302) 658-9200 |
| Facsimile: 302-777-0301 | jblumenfeld@morrisnichols.com |
| bfarnan@farnanlaw.com | |
| mfarnan@farnanlaw.com | *Attorneys for Defendants Marvell Technology Group, Ltd., Marvell International Ltd., Marvell Asia Pte Ltd., and Marvell Semiconductor, Inc.* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____, 2021.

_____
Hon. Nitza I. Quiñones Alejandro